# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**NATHANIEL MARTENZ**  **PLAINTIFF**
**ADC #182324**

v.  Case No: 2:25-cv-00097-JM-PSH

**STEPHEN LANE**  **DEFENDANT**

## ORDER

Plaintiff Nathaniel Martenz filed a *pro se* complaint, pursuant to 42 U.S.C. § 1983, on May 19, 2025 (Doc. No. 1). On May 21, 2025, the Court entered an order directing Martenz to submit the full $405.00 filing and administrative fees or file a fully completed *in forma pauperis* ("IFP") application within 30 days. *See* Doc. No. 2. The order was returned as undeliverable with a notation that Martenz had refused his mail. *See* Doc. No. 3. The Court resent the order and a blank IFP form on June 23, 2025. *See* Doc. No. 4. Martenz was cautioned that failure to comply with the Court's order within 30 days would result in the dismissal of his case.

More than 30 days have passed, and Martenz has not complied or otherwise responded to the June 23 order. Accordingly, the Court finds that this action should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2) and failure to respond to the Court's orders. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (District courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

IT IS THEREFORE ORDERED THAT Martenz's complaint (Doc. No. 1) is DISMISSED WITHOUT PREJUDICE.

DATED this 1st day of August, 2025.

_____
UNITED STATES DISTRICT JUDGE