## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**NATHANIEL MARTENZ**　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC #182324**

v.　　　　　　　　　Case No: 2:25-cv-00097-JM

**STEPHEN LANE**　　　　　　　　　　　　　　　　　　　　　　　　**DEFENDANT**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 1st day of August, 2025.

                                                                                          _____
                                                                                          UNITED STATES DISTRICT JUDGE